Submitted on record and appellant's brief May 30, reversed July 5, 1978

STATE OF OREGON, *Respondent,*
*v.*
JAMES FRED FORD, III, *Appellant.*
(No. 38332, CA 9574)

580 P2d 219

William A. Barton, and Barton & Armbruster, Newport, filed the brief for appellant.

James A. Redden, Attorney General, Al J. Laue, Solicitor General, and W. Benny Won, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

The state confesses error. Reversed.